## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Laneice Bryant,                                      Civil No. 14-1864 (DWF/TNL)

           Plaintiff,

v.                                                 **ORDER ADOPTING REPORT**
                                                      **AND RECOMMENDATION**

Carolyn W. Colvin, Acting
Commissioner of Social Security,

           Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated September 16, 2014.  (Doc. No. 5.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

### ORDER

      1.      Magistrate Judge Tony N. Leung's September 16, 2014 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

      2.      This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

3. Plaintiff Laneice Bryant's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED AS MOOT**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated:   October 16, 2014          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge